In the Matter of the Claim of THORLIEF R. JENSEN, Respondent, against BOUDIN CONTRACTING CORPORATION et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Submitted April 10, 1940; decided April 26, 1940.

*John J. Bennett, Jr.*, Attorney-General (*Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*George J. Hayes* and *Bernard Botein* for respondents.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.